**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **PLAINTIFF** | : | |
| | : | |
| **v.** | : | **Case No. 1:25-cr-00010** |
| | : | |
| **JOHNATHON BROWN,** | : | |
| | : | |
| **DEFENDANT** | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Johnathon Brown, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the opinion of the Court sentencing Mr. Brown to three hundred and sixty months in prison (Doc. 27) entered in this action on the 24th day of March, 2026.

Respectfully submitted,

s/ *Kory Jackson*
Kory A. Jackson (0072572)
Jackson Law Office, LLC
810 Sycamore St.
First Floor
Cincinnati, Ohio 45202
Tel:    (513) 338-1999
Fax:    (513) 621-8703
Email: kajackson@cincilaw.net

Trial Attorney for Johnathon Brown

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served through the Court's electronic filing system on all counsel of record this 1st day of April, 2026.

s/ *Kory Jackson*